UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-09204 DMG (FFMx)** | Date | December 28, 2010 |

| Title | *Bank of America National Association v. Carlos S. Vallejo, et al.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION
SHOULD NOT BE REMANDED TO STATE COURT**

On July 20, 2010, Plaintiff Bank of America National Association ("BA") filed a complaint in Los Angeles County Superior Court against Defendant Carlos S. Vallejo and Doe defendants 1 through 10 for unlawful detainer.  BA seeks possession of real property and restitution for Plaintiff's use and occupancy of the property in the amount of $50 per day starting on July 3, 2010.  (Compl. at 2-3.)  BA demands less than $10,000 in damages.  (*Id*. at 1.)

Defendant removed the case to this Court on December 1, 2010, apparently on the basis of federal question jurisdiction.  The complaint, however, raises no federal question.  Although Defendant invokes federal statutes as an apparent defense or counterclaim, federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim.  *Vaden v. Discover Bank*, __ U.S. __, 129 S.Ct. 1262, 1272, 173 L.Ed.2d 206 (2009).

Moreover, it appears that Defendant's Notice of Removal is untimely.  A defendant must file notice of removal within 30 days after "receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446(b).  BA filed proof of service on August 3, 2010, *see* Superior Court of Los Angeles, http://www.lasuperiorcourt.org/civilcasesummary/index.asp (case number 10C02640). Defendant did not file the Notice of Removal, however, until nearly four months later.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** why this action should not be remanded to Los Angeles County Superior Court.  Defendant shall file his response by **January 4, 2011**.

**IT IS SO ORDERED.**

---

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk ys |