UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-09204 DMG (FFMx)** | Date | January 5, 2011 |
|---|---|---|---|

| Title | *Bank of America National Association v. Carlos S. Vallejo, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO STATE COURT**

On July 20, 2010, Plaintiff Bank of America National Association ("BA") filed a complaint in Los Angeles County Superior Court against Defendant Carlos S. Vallejo and Doe defendants 1 through 10 for unlawful detainer. BA seeks possession of real property and restitution for Plaintiff's use and occupancy of the property in the amount of $50 per day starting on July 3, 2010. (Compl. at 2-3.) BA demands less than $10,000 in damages. (*Id*. at 1.)

Defendant removed the case to this Court on December 1, 2010. On December 28, 2010, the Court issued an Order to Show Cause ("OSC") why this action should not be remanded as there was no apparent basis for federal jurisdiction. Plaintiff has not filed a response to the OSC and the January 4, 2011 deadline to do so has passed.

The complaint raises no federal question. Although Defendant invokes federal statutes as an apparent defense or counterclaim, federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim. *Vaden v. Discover Bank*, __ U.S. __, 129 S.Ct. 1262, 1272, 173 L.Ed.2d 206 (2009). Moreover, the amount at issue is less than the $75,000 threshold required for diversity jurisdiction. Because Defendant has failed to identify a legitimate basis for federal jurisdiction, removal was improper.

In light of the foregoing, this action is hereby **REMANDED** to Los Angeles County Superior Court.

**IT IS SO ORDERED.**